1:01cv 110

United States District Court
Southern District of Texas
FILED

JUL 11 2001

Michael N. Milby
Clerk of Court

5

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 07/09/2001 |
| NAME OF SERVER (PRINT)  Mark Walker | TITLE  Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at the Law Office of Heriberto Medrano to secretary Christina Perez.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| See Below | See Below | See Below |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/09/2001
             Date

*Mark Walker*
Signature of Server

600 East Harrison Brownsville, Texas
Address of Server

**ENDEAVOR:** 07/09/2001 2:30 PM. Summons was served on the office secretary named above. 1 DUSM. Fees and mileage charged on USM-285 for case B-01-110. *mw*

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED
01 JUL 11 AM 11:25
MICHAEL N. MILBY, CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.