7

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-110 |
| | § | |
| FIVE THOUSAND DOLLARS ($5,000.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

**MOTION FOR DEFAULT JUDGMENT AND
AND ENTRY OF FINAL ORDER OF FORFEITURE**

The United States of America, Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, moves this Court for a Default Judgment and for Entry of Final Order of Forfeiture against FIVE THOUSAND DOLLARS ($5,000.00) IN UNITED STATES CURRENCY (hereafter "Defendant Currency") and as reasons state the following:

1. On June 27, 2001, Plaintiff filed its Complaint for Forfeiture In Rem seeking forfeiture of the Defendant Currency as the proceeds of, or as property used or intended to be used to facilitate, a drug transaction in violation of 21 U.S.C. § 801 et. seq. On June 28, 2001, a copy of the complaint was served by certified mail, return receipt requested, on counsel for Percy Jerome Smith ("Mr. Smith"). Government Exhibit 1.[1] On June 28, 2001, Plaintiff also served upon Mr. Smith's counsel Plaintiff's first set of interrogatories.[2] Personal service of the

[1] The exhibits appear at the end of this document.

[2] On July 31, 2001, counsel for the Government received a call from counsel representing Percy Jerome Smith. In that call, counsel for Percy Jerome Smith stated that he was

ClibPDF - www.fastio.com

complaint was also effected upon Mr. Smith's counsel on July 9, 2001. Government Exhibit 2.

2. In accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), notice of forfeiture was published in the "Brownsville Herald" newspaper for three consecutive weeks, beginning on July 1, 2001 and ending on July 15, 2001. Government Exhibits 3, 4, and 5.

3. Pursuant to Supplemental Rule C(6), as amended, a claimant is required to file a verified statement of interest or claim within 20 days of the earlier of receiving actual notice of the Government's filing of the forfeiture in rem action or completion of notice by publication, under Supplemental Rule C(4).[3] According to Supplemental Rule C(6), an answer must then be filed within 20 days after filing the claim or statement of interest.

4. More than 35 days have past since notice by publication and more than 55 days have past since service of the complaint was effected upon counsel for Mr. Smith. To date, no one, including Mr. Smith, has filed a claim or statement of interest to Defendant Currency.[4]

---

still waiting for information from Mr. Smith. It was counsel for the Government's understanding that this information related to answering Plaintiff's interrogatories. Mr. Smith has not yet answered Plaintiff's first set of interrogatories. On August 13, 2001, counsel for the Government called Mr. Smith's counsel and asked about the filing of the claim and answer. Mr. Smith's counsel was not available, so counsel for the Government left a message inquiring about the filing of a claim and answer. No response has yet been received.

[3] In the monition sent to potential claimants in this case, the Government notified potential claimants to file verified claim or statement of interest within 30 days and an answer within 20 days. Given the complete failure by any potential claimant, including Mr. Smith, to file either the claim or statement of interest or to file an answer within even the additional time, the difference between the former Supplemental Rule C(6) and the amended version is of no consequence.

[4] In March 2001, prior to the Government's filing the complaint in this case, Percy Jerome Smith filed an administrative claim to the Defendant Currency. Government Exhibit 6.



ClibPDF - www.fastio.com

5. Pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure, a Judgment by Default and entry of a Final Order of Forfeiture against the Defendant Currency is requested.[5]

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: ______________________

RONALD G. MORGAN
Assistant U. S. Attorney
Federal Bar No. 23902
TX Bar No. 00795014
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554

---

This administrative claim required the Drug Enforcement Administration to refer the matter to the United States Attorney for judicial resolution. That filing is distinct from and does not substitute for the Supplemental Rule C(6) verified claim. United States v. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992). Any claim to the contrary "reflects a basic misunderstanding of the relationship between an administrative summary forfeiture proceeding and a judicial forfeiture proceeding." United States v. $50,200 in United States Currency, 76 F. Supp. 2d 1247 (D. Wy. 1999).

[5] The Fifth Circuit has repeatedly held that Rule C(6) requires strict compliance. United States v. Real Property Located at 14301 Gateway Boulevard West, 123 F.3d 312, 313 (5th Cir. 1997); United States v-. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992); United States v. $38,570 in U.S. Currency, 950 F.2d 1108, 1115 (5th Cir. 1992); United States v. One 1978 Piper Navajo PA-31 Aircraft, 748 F.2d 316, 318-19 (5th Cir. 1984). In fact, untimely claims have been stricken for being as little as seven days late. United States v. $536,039.00, 760 F.2d 575 (S.D. Miss. 1990), aff'd 144 F.3d 51 (5th Cir. 1998).



ClibPDF - www.fastio.com

# VERIFICATION

I, Ronald G. Morgan, Assistant United States Attorney, verify the following:

1. I represent the Plaintiff in this action. The Defendant Currency was seized by agents of the Drug Enforcement Administration, who at the time of seizure had probable cause to believe the Defendant Currency was the proceeds of or was being or had been used to fascilitate a drug transaction in violation of 21 U.S.C. § 801 et seq., and was therefore, subject to forfeiture.

2. A Complaint for Forfeiture was filed by the United States of America against the Defendant Currency and was served upon all potentially interested persons.

3. No claimant has appeared or defended this action within the time required by the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Actions.

4. The Plaintiff knows of no reason why Final Judgment by Default should not be entered against the Defendant .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of August, 2001.

RONALD G. MORGAN
Assistant United States Attorney

ClibPDF - www.fastio.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: —av—

**Eddie Heriberto Medrano**
**1101 W. Tyler Street**
**Harlingen, TX 78550**

**Re: Verified CMPL f/Forfeiture in Rem & Plantiff's 1st Set of Interrogatories: Civil No. B-01-110**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*) Christina C. Perez

B. Date of Delivery [illegible]

C. Signature
X [illegible]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Copy from service label*)
Z 077 800 491

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

GOVERNMENT EXHIBIT
1

ClibPDF - www.fastio.com

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF (CATS ID#: 01-DEA-387150)
United States of America

COURT CASE NUMBER
Civil No. B-01-110

DEFENDANT Five Thousand Dollars ($5,000.00) in United States Currency

TYPE OF PROCESS
Summons/Personal Service

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Heriberto Eddie Medrano, Attorney at Law

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1101 W. Tyler Street, Brownsville, TX 78550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 1

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem and serve summons to the above-named counsel for Claimant and/or any other qualified member of office.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 956/548-2554

DATE: June 27, 20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | [signature] | 6/27/ |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Christina Perez, office secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

GOVERNMENT EXHIBIT 2

Date of Service: 07/09/01 | Time: 2:30 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $17.94 | -0- | $62.94 | -0- | $62.94 | -0- |

REMARKS:

ENDEAVOR: 07/09/2001 2:30PM. Process was served to the office secretary at the Law Office of Heriberto Medrano. 1 DUSM. 52 miles round trip.

PRIOR EDITIONS MAY BE USED

5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285 (Rev. 12/15/80)

ClibPDF - www.fastio.com

101 Legal Notice

UNITED STATES DISTRI COURT FOR THE SOUT ERN DISTRICT IF TEX BROWNSVILLE DIVISI UNITED STATES AMERICA VS FIVE TH SAND DOLLA ($5,000 00) IN UNIT STATES CURRENCY C ACTION NO B 01-110 N TICE OF SEIZURE A PROCESS Notice is he given that on June 27, 20 the United States of Ame filed a Complaint for Fo ture against the property ed above A Warrant of zures and Monition was sued by the Clerk of Court upon the filing of Verified Complaint for For ture in the above referen action Anyone with an in est in the above propert who seeks to contest the f feiture must intervene by ing a claim in the manner forth in the Supplemen Rules for Certain Admira and Maritime Claims, no la than 30 days after date service and must serve a file their answer within twe ty (20) days after the date filing of the claim. Anyo with interest in the abo properties who does n seek to contest the forfeitu but wishes to file a petitio for remission or mitigatio must do so pursuant to th procedures mandated in 2 C.F.R S9 Any addition copy of such petition mus be filed with the U.S. Distric Clerk's Office, 600 E. Harri son Street, Brownsville, Tex as with a copy to Ronald G Morgan, Assistant U.S. Attor ney, 600 E. Harrison Stree #201, Brownsville, Texas 78520-7114 /s/: Ronald G Morgan, Assistant Unite States Attorney 600 East Harrison Street, #201 Brownsville, Texas 78520 7/1, 7/8, 7/15/01

# PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta, being duly sworn on his oath states that he is the bookkeeper of the Brownsville Herald and that the attached

Notice

appeared in the following issues July 1, 2001

#7120

[signature]

Subscribed and sworn before me this 11th day of July A.D. 2001



[signature]
NOTARY PUBLIC, Cameron County

GOVERNMENT EXHIBIT 3

# PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta, being duly sworn on his oath states that he is the bookkeeper of the Brownsville Herald and that the attached

Notice

appeared in the following issues July 8, 2001

#7120

[signature]

Subscribed and sworn before me this 12th day of July A.D. 2001

[signature]
NOTARY PUBLIC, Cameron County

UNITED STATES DIS
COURT FOR THE S
ERN DISTRICT IF T
BROWNSVILLE DIV
UNITED STATES OF
ICA VS FIVE T
SAND DOL
($5 000 00) IN U
STATES CURRENCY
ACTION NO B 01 1
TICE OF SEIZUR
PROCESS Notice is
given that on June 27
the United States of A
filed a Complaint for
ture against the p
cited above A War
Seizures and Monitic
s
sued by the Clerk
Court upon the filing
Verified Complain
Forfeiture in the abov
e n c e
action Anyone with a
est in the above pr
who seeks to contes
feiture must interven
ing a claim in the ma
forth in the Suppl
Rules for Certain A
and Maritime Claims,
than 30 days after
service and must se
file their answer withi
ty (20) days after the
filing of the claim.
with interest in the
properties who do
seek to contest the fo
but wishes to file a
for remission or mi
must do so pursuant
procedures mandated
C F.R S9 Any ad
copy of such petition
be filed with the U.S. I
Clerk's Office, 600 E
son Street, Brown
Texas with a copy to F
G Morgan, Assistant
Attorney, 600 E. Ha
Street #201, Brown
Texas 78520-7114.
Ronald G. Morgan, Ass
United States Attorney
East Harrison Street,
Brownsville, Texas 785
7/1, 7/8, 7/15/01

GOVERNMENT
EXHIBIT
4

ClibPDF - www.fastio.com

UNITED STATES DISTRI COURT FOR THE SOUT ERN DISTRICT IF TEX BROWNSVILLE DIVISI UNITED STATES AMERICA VS. FIVE THO SAND DOLLA ($5,000 00) IN UNIT STATES CURRENCY CI ACTION NO B-01-110 N TICE OF SEIZURE A PROCESS Notice is here given that on June 27, 20 the United States of Amer filed a Complaint for Fo ture against the property ed above. A Warrant of zures and Monition was sued by the Clerk of Court upon the filing of Verified Complaint for Fo ture in the above referen action. Anyone with an in est in the above proper who seeks to contest the feiture must intervene by ing a claim in the manner forth in the Suppleme Rules for Certain Admi and Maritime Claims, no than 30 days after date service and must serve file their answer within tw ty (20) days after the da filing of the claim Any with interest in the ab properties who does seek to contest the forfe but wishes to file a pet for remission or mitiga must do so pursuant to procedures mandated in C.F.R S9. Any additi copy of such petition r be filed with the U.S. Dis Clerk's Office, 600 E. H son Street, Brownsville, as with a copy to Ronal Morgan, Assistant U.S A ney, 600 E. Harrison St #201, Brownsville, Te 78520-7114. /s/. Ronal Morgan, Assistant Un States Attorney 600 E Harrison Street, # Brownsville, Texas 7852(

7/1, 7/8, 7/15/01

# PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

Ricardo Acosta, being duly sworn on his oath states that he is the bookkeeper of the Brownsville Herald and that the attached

Notice

appeared in the following issues July 15, 2001

#7120

Ricardo Acosta

Subscribed and sworn before me this 18th day of July A.D. 2001

Baldivar
NOTARY PUBLIC, Cameron County

BALDIVAR

GOVERNMENT EXHIBIT 5

8708818337 T-278 P 03/04 F-106
MAR-30-2001 04:40 ERIBERTO EDDIE MEDRANO P.06

Forfeiture Counsel
Asset Forfeiture Section
Office of Domestic Operations
Drug Enforcement Administration
Caller Number 91017
Arlington, Virginia

**Certified and First Class Mail**

| Re: | Asset ID: | 01-DEA-387150 |
|---|---|---|
| | Case Number: | M9010012 |
| | Property: | $5,000.00 |
| | Seizure Date: | December 7, 2000 |
| | Seized From: | Percy Jerome Smith |

**Claim**

Pursuant to a Notice of Seizure, I, Percy Jerome Smith, hereby file this claim to contest the forfeiture of my $5,000.00 in cash, in United States District Court and would show as follows:

That I, Percy Jerome Smith, hereby make claim to the following property listed in the Notice of Seizure dated December 7, 00. I make this claim on my own behalf as the legal, rightful and/or equitable owner of the property listed in the Notice of Forfeiture; to wit:

1. $5,000.00 in U.S. Currency in which I claim an individual interest, and I hereby demand that the DEA either return the property to me or file suit to forfeit this property in the United States District Court where I may contest it.

Dated this 30th day of March, 2001.

Percy J. Smith
Percy Jerome Smith

GOVERNMENT EXHIBIT 6

Received Mar-28-01 04:23pm From- To-MAILBOXES ETC Page 06

AL-[illegible]

From-MAILBOXES ETC 8708818337 T-279 P 04/04 F-106

-30-2001 04:41 HERIBERTO EDDIE MEDRANO P.07

**VERIFICATION**

I, Percy Jerome Smith, declare under penalty of perjury, that I am the legal, rightful and/or equitable owner of the $5,000.00 in U.S. Currency listed in the Notice of Seizure dated Dec 7, 00.

[signature]
Percy Jerome Smith

TOTAL P.07

Received Mar-28-01 04:23pm From- To-MAILBOXES ETC Page 07

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **MOTION FOR JUDGMENT BY DEFAULT & ENTRY of FINAL ORDER OF FORFEITURE** was sent, via first-class mail, return receipt requested, to counsel for the claimant to the address listed below on this 23d day of August, 2001.

Eddie Heriberto Medrano
1101 W. Tyler Street
Harlingen, Texas 78550

RONALD G. MORGAN
Assistant U.S. Attorney

ClibPDF - www.fastio.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-110 |
| | § | |
| FIVE THOUSAND DOLLARS ($5,000.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The United States of America has moved for entry of a Judgment by Default and a Final Order of Forfeiture. The Plaintiff has shown that there was reasonable cause for seizure of the Defendant Currency, that all potential claimants were served with notice of the action, and that no person has filed a valid claim to the Complaint. Based upon the facts presented, the Court **GRANTS** Plaintiff's motion and it is hereby **ORDERED**:

1. That a judgment by default is entered against Five Thousand Dollars ($5,000.00) in United States Currency, the Defendant Currency ;

2. That all persons, including Percy Jerome Smith, claiming any right, title or interest in or to the Defendant Currency are held in default;

3. That the Defendant Currency is forfeited to the United States of America; and

ClibPDF - www.fastio.com

4. That the United States Marshals Service shall dispose of the Defendant in accordance with law.

**THIS IS THE FINAL ORDER OF FORFEITURE.**

Signed this _______ day of _______________________, 2001, at Brownsville, Texas.

_________________________________

UNITED STATES DISTRICT JUDGE



ClibPDF - www.fastio.com