

8

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | CIV. NO. B-01-110 |
| FIVE THOUSAND DOLLARS ($5,000.00) IN UNITED STATES CURRENCY | § § § § | |
| Defendant. | § | |

## MOTION TO SUPPLEMENT FILING

The United States of America, Plaintiff, through its United States Attorney and Assistant United States Attorney, Ronald G. Morgan, files this, its Motion to Supplement a prior filing, and would show as follows:

On August 23, 2001, Plaintiff ("Government") filed its Motion for Default Judgment and Entry of Final Order of Forfeiture. At the time of that filing, the Government attached six Government exhibits, Government Exhibits one through six, to its motion. The Government now seeks to supplement that filing with Government Exhibits seven through ten. These exhibits explain the presence of the name Heriberto Eddie Medrano on pages one and two of Government Exhibit six. As reflected in Government exhibits seven through ten, Mr. Medrano is counsel for Mr. Smith. As counsel for Mr. Smith, Mr. Medrano's office notified the Drug Enforcement Administration ("DEA") as to the routing of information regarding Mr. Smith's claim, Government Exhibits 7 and 8, and apparently submitted Mr. Smith's claim to the DEA. Government Exhibits 6, 9, and 10. Thus, Government Exhibits seven through ten are relevant and may be of assistance to the Court in resolving the Government's pending motion.

For the above reasons, the Government requests this Court to permit the supplement of the Government's previously filed motion with the attached Government Exhibits seven through ten.

           Respectfully submitted,

           GREGORY A. SERRES
           United States Attorney

By: _____
           RONALD G. MORGAN
           Assistant U. S. Attorney
           Federal Bar No. 23902
           TX Bar No. 00795014
           600 East Harrison, # 201
           Brownsville, Texas 78520
           Tel No. (956) 548-2554

## MEMORANDUM TO FILE

### CARMEN R. POMARES, SENIOR ATTORNEY

RE: 387150 and 387157

Returned call from Attorney Garza who represents Smith and McHenry. He indicated that the correct address for Attorney Medrano, with whom he works, is West Tyler Street. Indicated that notices will be sent to him and Attorney Medrano and to corrected address for McHenry.

Instructions to Wdatcher.

Pc/all else ok but still need address for Valerie.

Cpomares
3/30/01



GOVERNMENT EXHIBIT



# U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| Asset Id: | 01-DEA-387157 |
| Case Number: | M9-01-0012 |
| Property: | $8,980.00 U.S. Currency |
| Asset Value: | $8,980.00 |
| Seizure Date: | 12/07/00 |
| Seizure Place: | Harlingen, TX |
| Owner Name: | |
| Seized From: | McHenry, Willie Frank |
| Judicial District: | Southern District of Texas |

Percy Jerome Smith
c/o Hector Garza, Esq
1101 W. Tyler Street
Harlingen, TX 78550

**NOTICE MAILING DATE:** April 3, 2001

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. You should review the following procedures very carefully.

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by May 8, 2001. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virginia 22202. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset Id referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

GOVERNMENT EXHIBIT 2

Mr. Heriberto Medrano
Attorney At Law
1101 West Tyler
Harlingen, Texas 78550

317677

7000 0520 0021 0459 6036

CERTIFIED MAIL

Forfeiture Counsel
Asset Forfeiture Section
Office of Domestic Operations
Drug Enforcement Administration
Caller Number 91017
Arlington, Virginia 22202

22202/4222

GOVERNMENT
EXHIBIT
9


... 

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **MOTION TO SUPPLEMENT FILING** was sent, via first-class mail, return receipt requested, to counsel for the claimant to the address listed below on this 16th day of October, 2001.

Eddie Heriberto Medrano
1101 W. Tyler Street
Harlingen, Texas 78550

_____
RONALD G. MORGAN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-110 |
| | § | |
| FIVE THOUSAND DOLLARS ($5,000.00) | § | |
| IN UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Government has filed a Motion to Supplement Filing. The Court, having considered the motion, hereby **ORDERS** that the supplemental filings are permitted and will be considered in resolution of the Government's pending Motion for Default Judgment and Entry of Final Order of Forfeiture.

Signed this _____ day of _____, 20001, at Brownsville, Texas.

_____
JUDGE PRESIDING