9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIV. NO. B-01-110 |
| § | |
| FIVE THOUSAND DOLLARS ($5,000.00) § | |
| IN UNITED STATES CURRENCY § | |
| § | |
| Defendant. § | |

## ORDER

The United States of America has moved for entry of a Judgment by Default and a Final Order of Forfeiture. The Plaintiff has shown that there was reasonable cause for seizure of the Defendant Currency, that all potential claimants were served with notice of the action, and that no person has filed a valid claim to the Complaint. Based upon the facts presented, the Court **GRANTS** Plaintiff's motion and it is hereby **ORDERED**:

1. That a judgment by default is entered against Five Thousand Dollars ($5,000.00) in United States Currency, the Defendant Currency ;

2. That all persons, including Percy Jerome Smith, claiming any right, title or interest in or to the Defendant Currency are held in default;

3. That the Defendant Currency is forfeited to the United States of America; and

4. That the United States Marshals Service shall dispose of the Defendant in accordance with law.

**THIS IS THE FINAL ORDER OF FORFEITURE.**

Signed this ____6____ day of ____November____, 2001, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE